# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| DEMETRIA MARIE BARRETT, | |
| Plaintiff, | Case No. 3:17-cv-3251-B |
| v. | |
| MEDICREDIT, INC., | |
| Defendant. | |

## SUGGESTIONS OF DEATH

Defendant Medicredit, Inc. ("Medicredit"), pursuant to F.R.C.P. 25, files Suggestions of Death:

1. Medicredit suggests that on or about December 18, 2017, Plaintiff Demetria Marie Barrett died.

2. Based upon undersigned counsel's research, no estate or other probate matter was opened for Mr. Barrett.

3. However, a Facebook video posted on Wednesday, December 20, 2017, by an "Octavia Fussell a/k/a Shelia Parson" states that "Demetria Marie Parsons Barrett" died on "Monday evening", which date was December 18, 2017.[1]  The individual in that video also states that "Demetria Marie Parsons Barrett" lived in Texas.

4. Defendant also knows Plaintiff to have gone by the name "Demetria Parsons Barrett."

Dated: December 5, 2018.

---

[1] The video in question is available at:
https://www.facebook.com/sheliafussell/videos/1573901326032113/.

Respectfully submitted,

s/Jacob F. Hollars
Jacob F. Hollars, #50352 (CO)
Admitted *pro hac vice*
Spencer Fane LLP
1700 Lincoln St., Suite 2000
Denver, CO 80203
Phone:  (303) 839-3800
Facsimile:  (303) 839-3838
Email:   jhollars@spencerfane.com

And

Jeremy W. Hays, #24083156
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
8117 Preston Rd., Suite 500
Dallas, TX 75225
Phone:  (214) 987-3800
Facsimile:  (214) 987-3927
Email:Jeremy.hays@ogletreedeakins.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certificate that on December 5, 2018, a true and accurate copy of the foregoing was served on all counsel of record by the Court's CM/ECF system.

s/Jacob F. Hollars
Jacob F. Hollars
